```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ARTHUR STEINBERG, et al.        :     CIVIL ACTION
                                :
          v.                    :
                                :
CVS CAREMARK CORPORATION,       :
et al.                          :     NO. 11-2428
```

ORDER

AND NOW, this 15th day of February, 2012, upon consideration of the defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Docket No. 28), the plaintiffs' response thereto, the defendants' brief in reply, after oral argument, and for the reasons stated in a memorandum bearing today's date, IT IS HEREBY ORDERED the defendants' motion is GRANTED. The plaintiffs' Amended Complaint is dismissed WITH PREJUDICE. This case is CLOSED.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```